I**N THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No.   11-cv-01179-AP**

**CHRISTINE M. SMITH,**

    **Plaintiff,**

    **v.**

**MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Chris R. Noel, Esq.
    3000 Pearl Street, Suite 212
    Boulder, Colorado 80301-2431
    Telephone:  (303) 449-6503
    E mail: chrisildar@comcast.net

    For Defendant:
    John F. Walsh
    United States Attorney

    William Pharo
    Assistant U.S. Attorney
    William.pharo@usdoj.gov

    Special Assistant U.S. Attorney
    1001 17th Street
    Denver, Colorado  802002
    Telephone:  (303) 844-0014; Fax: (303) 844-0770
    Tom.inman@ssa.gov
    Attorneys for Defendant

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed:   5/3/11.**

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office: 5/5/11**

    **C.**    **Date Answer and Administrative Record Were Filed: 7/5/11.**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is finally drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:**  See paragraph four above.

**Defendant states:**  None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Plaintiff states:  This case involves no unusual claims.

Defendant states:  This case does not involve unusual claims or defenses.

**7. OTHER MATTERS**

    Plaintiff states:   The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of his opening brief is filed.

    Defendant states: The administrative record is complete.

## 8. BRIEFING SCHEDULE

    A.    **Plaintiff's Opening Brief Due: 9/25/11**[1]

    B.    **Defendant's Response Brief Due: 10/25/11**

    C.    **Plaintiff's Reply Brief Due: 11/10/11**

## 9. STATEMENTS REGARDING ORAL ARGUMENT

    A.    **Plaintiff's Statement:** Oral Argument is requested if only to clarify any outstanding issues, and at the Court's behest.

    B.    **Defendant's Statement:** Oral Argument is not requested.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

    A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

---

[1] Plaintiff's opening brief should be filed on 9/6/11, but due to scheduling conflicts, additional time is needed. Earlier than 9/25/11 filing is possible, but not as soon as 9/6/11. Defense counsel Thomas Inman does not object to the later filing.

DATED this 7th day of July, 2011.

BY THE COURT:

s/*John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| s/Chris R. Noel<br>CHRIS R. NOEL<br>3000 Pearl Street, Suite 212<br>Boulder, Colorado 80301-2431<br>Telephone:  (303) 449 6503<br>e mail: chrisildar@comcast.net<br>Attorney for Plaintiff Christine Smith | John F. Walsh<br>UNITED STATES ATTORNEY<br><br>William Pharo<br>Assistant U.S. Attorney<br>William.pharo@usdoj.gov<br><br>s/Thomas S. Inman<br>By:<br>Special Assistant U.S. Attorney<br>1001 17th Street<br>Denver, Colorado  80202<br>Telephone: (303) 844-0014<br>Tom.inman@ssa.gov<br><br>Attorneys for Defendant |
|---|---|