IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-1179-AP**

**CHRISTINE M. SMITH,**

      Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

      Defendant.

## ORDER

Kane, J.

Defendant's Unopposed Motion to Remand (doc. #20), filed November 15, 2011, is **GRANTED**.

This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

Dated:  November 15, 2011.

                        BY THE COURT:

                        *s/John L. Kane*
                        JOHN L. KANE, SENIOR JUDGE
                        UNITED STATES DISTRICT COURT