IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-1179-AP**

**CHRISTINE M. SMITH,**

   Plaintiff,

v.

**CAROLYN W. COLVIN, Acting Commissioner of Social Security,**

   Defendant.

## ORDER

Kane, J.

  Plaintiff's Unopposed Motion for Fees Pursuant to 42 U.S.C. § 406(b), (doc. #25), filed July 17, 2013, is **GRANTED**. In consideration thereof, it is

  **ORDERED** that the Defendant pay to counsel a total attorney fee of $21,796.50, with $4,037.00 refunded back to Ms. Smith for the EAJA fee.

  Dated at Denver, Colorado, this 18th day of July, 2013.

         BY THE COURT:

         *S/John L. Kane*
         JOHN L. KANE, SENIOR JUDGE
         UNITED STATES DISTRICT COURT